JOHN SZABLEWSKI, JR., an Infant, by JOHN SZABLEWSKI, His Guardian ad Litem, Appellant, v. ALICE MICHAEL, Respondent.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: There was evidence that the plaintiff was sitting on the step adjacent to the concrete driveway, to the knowledge of the defendant; when she started to back her car over the driveway into the street; that she gave no warning to the plaintiff of her intention to back the car; that the car struck the plaintiff causing the injuries complained of. Upon these facts the jury could have found that the defendant was guilty of negligence which was a producing cause of the accident. Even if the plaintiff was a bare licensee, nevertheless, under the circumstances, the defendant owed him the duty of reasonable care. (*Vaughan* v. *Transit Development Corporation*, 222 N. Y. 79, 83, and cases cited.) There is some evidence tending to establish that the plaintiff was an invitee of the defendant's son. (*Bowers* v. *City Bank Farmers Trust Company*, 282 N. Y. 442; *Donohue*

v. *Erie County Savings Bank*, 285 N. Y. 24.) All concur. (The judgment dismisses plaintiff's complaint at the close of the case in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.